UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, PEARSON EDUCATION, INC., and CENGAGE LEARNING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FBAAZ CORP.,<br><br>Defendant. | Civil Action No. 1:17-cv-3872-DAB<br><br>Related Action: 1:17-cv-203-DAB |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and a settlement that was reached between the respective parties, Plaintiffs McGraw-Hill Global Education Holdings, LLC, Pearson Education, Inc., and Cengage Learning, Inc. (collectively, "Plaintiffs"), and Defendant FBAAZ Corp., through undersigned counsel, hereby stipulate and agree that Plaintiffs' claims in the above-captioned action against Defendant are voluntarily dismissed with prejudice, with each party to bear their own costs and fees.

Stipulated and agreed by:

_/s/ Brian Caplan_
Brian Caplan
Reitler Kailas & Rosenblatt LLC
885 Third Ave, 20th Floor
New York, New York 10022
Tel: (212) 209-3050
bcaplan@reiterlaw.com

*Attorney for Defendant*

Date: April 2, 2018

_/s/ Kerry M. Mustico_
Matthew J. Oppenheim
Kerry M. Mustico
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue NW, Suite 503
Washington, DC 20015
Tel: (202) 480-2999
matt@oandzlaw.com
kerry@oandzlaw.com

*Attorneys for Plaintiffs*

Date: April 2, 2018